**Order entered November 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01022-CR

**LAURO ARIZPE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F14-30781-H**

## ORDER

Appellant's November 16, 2015 motion for extension of time to file appellant's brief is

**GRANTED**.  The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the

date of this order.

/s/     LANA MYERS
JUSTICE